**08 CV 3193**

**JUDGE SWAIN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

VIRGIN ENTERPRISES LIMITED,

                        Plaintiff,

        - against -

LEWIS L. ABDELMESIH,

                        Defendants.

------------------------------------------------------------x



**RULE 7.1 CORPORATE
DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned attorney of record for Plaintiff Virgin Enterprises Limited ("VEL") states that VEL has no parent corporation and that no publicly held corporation owns 10% or more of VEL's stock.

Dated: New York, New York
       March 31, 2008

FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP

By_____
    James W. Dabney (JD 9715)

One New York Plaza
New York, New York 10004-1980
Telephone: 212.859.8000
james.dabney@friedfrank.com

Attorneys for Plaintiff

548907