UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
VIRGIN ENTERPRISES LIMITED,                         :
                                                    :          ECF CASE
                              Plaintiff,            :
                                                    :          08 Civ. 3193 (LTS)
            - against -                             :
                                                    :          **CERTIFICATE OF**
LEWIS L. ABDELMESIH,                                :          **SERVICE**
                                                    :
                              Defendants.           :
------------------------------------------------------------------x

      I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on the 14th day of April, 2008 I caused to be served upon the following, by the methods described below, a true copy of the April 7, 2008 Initial Case Conference Order.

FIRST CLASS MAIL

Lewis L. Abdelmesih
21 West 48th Street
Bayonne, New Jersey 07002

_____
Jeffrey J. Bednar
Paralegal

7014128.1